UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CIV. S-04-1867 WBS/JFM |
| v. | |
| REAL PROPERTY LOCATED AT 2363 FAIRVIEW LANE, PLACER COUNTY, NEWCASTLE, CALIFORNIA, BEARING APN: 032-253-036, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERE, | |
| REAL PROPERTY LOCATED ON LINCOLN STREET, PLACER COUNTY, ROSEVILLE, CALIFORNIA, BEARING APN: 012-200 010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant(s). | |

----oo0oo----

<u>AMENDED STATUS (PRETRIAL SCHEDULING) ORDER</u>

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for April 25, 2005, and makes the following findings and orders without needing to consult with the parties any further:

I.  SERVICE OF PROCESS, JOINDER OF PARTIES/AMENDMENTS

Plaintiff has served all entities known to have an interest in each parcel of property identified in this case, with the exception of "Donald V. Ryan, Trustee of the Thomas Richard Ryan Trust." Plaintiff may serve said claimant within thirty (30) days of the file-stamped date of this order.

Except as so provided, no further service of process, joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

II.  JURISDICTION/VENUE

Jurisdiction is predicated in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. This Court has venue pursuant to 18 U.S.C. § 1395

III.  DISCOVERY

The parties have stipulated that each party will serve the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by no later than May 15, 2005.

Plaintiff shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than October 14, 2005.

Claimants shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than November 1, 2005.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by January 16, 2006. The word

"completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than January 16, 2006.

### IV. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before February 15, 2006. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### V. FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for April 10, 2006 at 10:00 a.m. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements. In addition to

those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VI.   TRIAL SETTING

The trial is set for July 11 at 9:00 a.m.

VII.   SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference

///
///

Statements shall not be filed and will not otherwise be disclosed to the trial judge.

DATED: April 18, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE