```
 1  McGREGOR SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723
    Facsimile: (916)554-2900
 5
    Attorney for Plaintiff
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CV-1867 WBS/JFM |
| Plaintiff, | ) | **JOINT REQUEST FOR STAY AND ORDER THEREON** |
| v. | ) | |
| REAL PROPERTY LOCATED AT 2363 FAIRVIEW LANE, PLACER COUNTY, NEWCASTLE, CALIFORNIA, BEARING APN:032-253-036, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |
| REAL PROPERTY LOCATED ON LINCOLN STREET, PLACER COUNTY, ROSEVILLE, CALIFORNIA, BEARING APN: 012-200-010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | |
| Defendants. | ) | |

Plaintiff United States of America and claimants Richard Ryan, Barbara Ryan, City of Roseville Redevelopment Agency, and American River Bank [hereafter "Claimants"], by and through their respective counsel, hereby stipulate that a stay is necessary with respect to the proceedings involving the real property located on Lincoln Street, Roseville, California, and request that the Court enter an order staying all further proceedings

1

with respect to the Lincoln Street property (except as provided below in ¶ 4 with respect to Barbara Ryan. The parties to the stipulation do not intend that this stay affect the proceedings regarding the real property located at 2363 Fairview Lane, Newcastle, California.

1. Claimants Richard Ryan and Barbara Ryan each filed a Claim on November 5, 2004, and filed an Answer to the Verified Complaint For Forfeiture In Rem on November 24, 2004. Claimant American River Bank filed its Claim and Answer to the Verified Complaint on September 30, 2004. Claimant City of Roseville Redevelopment Agency filed its Claim and Answer to the Verified Complaint on October 7, 2004. No other parties have filed a claim in this forfeiture action to the Lincoln Street property.

2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) the parties seek a stay of discovery with respect to the Lincoln Street property. The United States contends that the Lincoln Street property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7) because a so-called "medicinal marijuana" dispensary was being operated on the premises by Richard Marino[1] dba Capitol Compassionate Care ("CCC"). A criminal investigation concerning CCC, in which Mr. Marino is a target, is currently underway. The Lincoln Street property was leased to Mr. Marino by claimant Richard Ryan. Claimants Richard Ryan and Barbara Ryan have asserted ownership interests in the property. The United States intends to subpoena Richard Ryan to appear for a deposition so the United States can question him

---

[1] Richard Marino is not a claimant in these proceedings.

2

1 about various topics, including but not limited to his knowledge
2 as to whether Richard Marino was operating a marijuana dispensary
3 on the Lincoln Street property and his involvement, if any, in
4 the operation of the business.  Counsel for Mr. Ryan has informed
5 counsel for the government that, based upon information counsel
6 for Mr. Ryan has received, Mr. Ryan would invoke his privileges
7 under the Fifth Amendment if his deposition were conducted.
8     3.   In addition, Claimants Richard Ryan and Barbara Ryan
9 intend to depose Special Agents from the Drug Enforcement
10 Administration who have been involved in the investigation of
11 Richard Marino.  On October 31, 2005, the United States was
12 served with deposition notices for four Drug Enforcement
13 Administration agents and two local law enforcement officers.
14 The depositions are noticed for December 9, December 16, and
15 December 21, 2005.  Allowing depositions of the law enforcement
16 investigators involved in the Marino investigation would
17 adversely affect the ability of the government to properly
18 investigate and possibly prosecute the Marino case.
19     4.   The parties to this stipulation agree that the
20 deposition of Barbara Ryan can go forward on a date mutually
21 acceptable to the parties.  The parties are not concerned that
22 Barbara Ryan will incriminate herself if she testifies.
23 According to the Status (Pretrial Scheduling) Order signed by
24 this court on April 13, 2005, all discovery is to be completed by
25 January 16, 2005.  The parties will depose claimant Barbara Ryan
26 before January 16, 2006.
27     5.   For the foregoing reasons, the parties jointly request
28 that this matter be stayed initially for a period of six months.

1  If at the end of six months no charges have been filed against
2  any individual, discovery will commence again and the parties
3  will seek a new scheduling order from this court.  Conversely, if
4  charges have been filed, the parties will then evaluate whether a
5  further stay is necessary.

7  Dated: 1/12/06                McGREGOR W. SCOTT
                                 United States Attorney

                           By
9                                /s/ Kristin S. Door
                                 KRISTIN S. DOOR
10                               Assistant U.S. Attorney
                                 Attorneys for Plaintiff

12 Dated: 1/12/06
                                 /s/ Kristin S. Door for
13                               VICTOR S. HALTOM
                                 Attorney for Claimants
14                               Richard Ryan and Barbara Ryan

16 Dated: 1/10/06                DUTRA & OATES

18                         By    /s/ Paul J. Dutra
                                 PAUL J. DUTRA
19                               Attorneys for claimant
                                 American River Bank

21 Dated:                        MARK J. DOANE
                                 City Attorney

23                               /s/ Michelle Sheidenberger
                                 MICHELLE SHEIDENBERGER
24                               Associate City Attorney
                                 Attorneys for the City of Roseville
25                               Redevelopment Agency

27                               (Original signatures retained by
                                 attorney)
28 //

4

1 **ORDER**

2     Pursuant to the stipulation of the parties and good cause
3 having been shown, discovery with respect to the Lincoln Street
4 property is stayed until  July 14, 2006   , except that
5 plaintiff may depose claimant Barbara Ryan on a mutually
6 agreeable date prior to January 16, 2006.

7

8     IT IS SO ORDERED.

9
Dated:  January 12, 2006

10

11

12 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5