```
 1  McGREGOR SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723
    Facsimile: (916)554-2900
 5
    Attorney for Plaintiff
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) 2:05-CV-1867 WBS/JFM
                                     )
11         Plaintiff,                ) JOINT REQUEST FOR STAY
                                     ) AND ORDER THEREON
12      v.                           )
                                     )
13  REAL PROPERTY LOCATED AT 2363    )
    FAIRVIEW LANE, PLACER COUNTY,    )
14  NEWCASTLE, CALIFORNIA, BEARING   )
    APN:032-253-036, INCLUDING ALL   )
15  APPURTENANCES AND IMPROVEMENTS   ) DATE:       N/A
    THERETO,                         ) TIME:       N/A
16                                   ) COURTROOM:  N/A
    REAL PROPERTY LOCATED ON LINCOLN )
17  STREET, PLACER COUNTY, ROSEVILLE,)
    CALIFORNIA, BEARING              )
18  APN: 012-200-010, INCLUDING ALL  )
    APPURTENANCES AND IMPROVEMENTS   )
19  THERETO,                         )
                                     )
20         Defendants.               )
    _____)
21
```

**JOINT REQUEST FOR STAY AND ORDER THEREON**

Plaintiff United States of America and claimants Richard Ryan, Barbara Ryan, City of Roseville Redevelopment Agency, and American River Bank [hereafter "Claimants"], by and through their respective counsel, hereby stipulate that a further stay of discovery is necessary with respect to the proceedings involving the real property located on Lincoln Street, Roseville, California, and request that the Court enter an order staying all

1

1 further discovery with respect to the Lincoln Street property.
2 The parties to the stipulation do not intend that this stay
3 affect the proceedings regarding the real property located at
4 2363 Fairview Lane, Newcastle, California.

5     This Court had previously ordered a stay until July 14,
6 2006.  For the reasons set forth below, the parties request a
7 further stay until the conclusion of the criminal case now
8 pending against Richard Marino (<u>U.S. v. Richard Marino</u>, Cr. S-
9 0009 LKK).  Trial in that matter is currently scheduled to
10 commence on October 11, 2006.

11     1.  Claimants Richard Ryan and Barbara Ryan each filed a
12 Claim on November 5, 2004, and filed an Answer to the Verified
13 Complaint For Forfeiture <u>In Rem</u> on November 24, 2004.  Claimant
14 American River Bank filed its Claim and Answer to the Verified
15 Complaint on September 30, 2004.  Claimant City of Roseville
16 Redevelopment Agency filed its Claim and Answer to the Verified
17 Complaint on October 7, 2004.  No other parties have filed a
18 claim in this forfeiture action to the Lincoln Street property.

19     2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21
20 U.S.C. § 881(i) the parties seek a stay of discovery with respect
21 to the Lincoln Street property.  The United States contends that
22 the Lincoln Street property is forfeitable to the United States
23 pursuant to 21 U.S.C. § 881(a)(7) because a so-called "medicinal
24 marijuana" dispensary was being operated on the premises by
25 Richard Marino[1] dba Capitol Compassionate Care ("CCC").  The
26 Lincoln Street property was leased to Mr. Marino by claimant

27 ───────────────

28     [1]    Richard Marino is not a claimant in these proceedings.

2

Richard Ryan. Claimants Richard Ryan and Barbara Ryan have asserted ownership interests in the property. The United States intends to subpoena Richard Ryan to appear for a deposition so the United States can question him about various topics, including but not limited to his knowledge as to whether Richard Marino was operating a marijuana dispensary on the Lincoln Street property and his involvement, if any, in the operation of the business. Counsel for Mr. Ryan has informed counsel for the government that, based upon information counsel for Mr. Ryan has received, Mr. Ryan would invoke his privileges under the Fifth Amendment if his deposition were conducted at this time.

3. On January 12, 2006, a 19-count indictment was returned against Richard Marino on a variety of drug and money laundering charges. Many of those charges relate to the distribution of marijuana from the defendant real property on Lincoln Street in Roseville.

4. In addition, Claimants Richard Ryan and Barbara Ryan intend to depose Special Agents from the Drug Enforcement Administration who were involved in the investigation of Richard Marino. Allowing depositions of the law enforcement investigators involved in the Marino investigation would adversely affect the ability of the government to properly prosecute the Marino case set for trial October 11, 2006.

5. In accordance with the previous Stipulation and Order for Stay, plaintiff deposed claimant Barbara Ryan on January 13, 2006.

6. For the foregoing reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal

3

1  case now pending against Richard Marino.
2
3  Dated: August 15, 20006         McGREGOR W. SCOTT
                                   United States Attorney
4
                         By
5                            /s/Kristin S. Door
                             KRISTIN S. DOOR
6                            Assistant U.S. Attorney
                             Attorneys for Plaintiff
7
8  Dated: August 15, 2006
                             /s/Victor S. Haltom
9                            VICTOR S. HALTOM
                             Attorney for Claimants
10                           Richard Ryan and Barbara Ryan
11
12 Dated: August 15, 2006          DUTRA & OATES
13
14                       By  /s/ Paul J. Dutra
                             PAUL J. DUTRA
15                           Attorneys for claimant
                             American River Bank
16
17 Dated: August 15, 2006          MARK J. DOANE
                                   City Attorney
18
19                           /s/ Michelle Sheidenberger
                             MICHELLE SHEIDENBERGER
20                           Associate City Attorney
                             Attorneys for the City of Roseville
21                           Redevelopment Agency
22                           **(Original signatures retained by
                             attorney for the United States)**
23
24
25
26
27
28

4

1 **ORDER**

2    Pursuant to the stipulation of the parties and good cause
3 having been shown, discovery with respect to the Lincoln Street
4 property is stayed until the conclusion of the proceedings in
5 U.S. v. Marino, 2:06-CR-0009 LKK.
6    IT IS SO ORDERED.

8 Dated:  August 15, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE