1 | BENJAMIN B. WAGNER
United States Attorney
2 | KRISTIN S. DOOR  SBN 84307
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2723

5 | Attorney for Plaintiff

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) 2:04-CV-01867-WBS-JFM
                                      )
12 |          Plaintiff,              ) FINAL JUDGMENT
                                      ) OF FORFEITURE
13 |     v.                           ) **(LINCOLN STREET PROPERTY**
                                      ) **ONLY)**
14 | REAL PROPERTY LOCATED AT 2363    )
FAIRVIEW LANE, PLACER COUNTY,        )
15 | NEWCASTLE, CALIFORNIA, BEARING   )
APN:032-253-036, INCLUDING ALL       )
16 | APPURTENANCES AND IMPROVEMENTS   )
THERETO,                             )
17 |                                  )
REAL PROPERTY LOCATED ON LINCOLN     )
18 | STREET, PLACER COUNTY, ROSEVILLE,)
CALIFORNIA, BEARING                  )
19 | APN: 012-200-010, INCLUDING ALL  )
APPURTENANCES AND IMPROVEMENTS       )
20 | THERETO,                         )
                                      )
21 |          Defendants.             )
   | ─────────────────────────────────)

22

23 |     Pursuant to the Stipulation for Final Judgment of Forfeiture

24 | filed herein, the Court finds:

25 |     1.  This is a civil forfeiture action against certain real

26 | property located on Lincoln Street, Placer County, Roseville,

27 | California, APN: 012-200-010 (hereinafter referred to as the

28 | "defendant real property") and more fully described as:

The Southeasterly 53 feet of Lots Numbered 9, 10 and 11
and the Northeasterly 3 feet of the Southeasterly 53
feet of Lot Numbered 12, all in Block numbered 22 of
the City of Roseville, according to the Map of the Town
(now City) of Roseville, on file in the office of the
Recorder of Placer County.

2.   A Complaint for Forfeiture *In Rem* (hereafter
"Complaint") was filed on September 8, 2004, seeking the
forfeiture of the defendant real property, alleging that said
property is subject to forfeiture to the United States of America
pursuant to 21 U.S.C. § 881(a)(7).

3.   On October 4, 2004, the defendant real property was
posted with a copy of the Complaint and Notice of Complaint.

4.   On October 21, 28, and November 4, 2004, a Public Notice
of Posting of the defendant real property appeared by publication
in <u>The Auburn Journal</u>, a newspaper of general circulation in the
county in which the defendant real property is located (Placer
County).

5.   In addition to the Public Notice of Posting having been
completed, the United States gave or attempted to give actual
notice to the following individuals and entities:

> a. Richard Ryan
> b. Barbara Ryan
> c. American River Bank
> d. City of Roseville Redevelopment Agency
> e. Donald V. Ryan

6.   Richard Ryan, Barbara Ryan, American River Bank, and the
City of Roseville Redevelopment Agency have filed verified claims
and answers alleging an interest in the defendant real property.

7.   No other parties have filed claims or answers in this
matter and the time for which any person or entity may file a
claim and answer has expired.

Based on the above findings, and the Court being otherwise
fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

8.  The Court adopts the Stipulation for Final Judgment of
Forfeiture entered into by and between the parties to this
action.

9.  Claimant Richard Ryan paid the sum of $25,481.00 (the
"settlement amount") to the United States on April 5, 2010, as
the substitute *res* in lieu of the defendant real property.

10.  All right, title, and interest in said funds shall be
substituted for the defendant real property and forfeited to the
United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed
of according to law.

11.  Within thirty (30) days of full payment of the
settlement amount, the United States will record a withdrawal of
lis pendens against the defendant real property.

12.  Claimants Richard Ryan, Barbara Ryan, American River
Bank and the City of Roseville Redevelopment Agency hereby
release plaintiff United States of America and its servants,
agents, and employees from any and all liability arising out of
or in any way connected with the filing of the Complaint and the
posting of the defendant real property with the Complaint and
Notice of Complaint.  This is a full and final release applying
to all unknown and unanticipated injuries, and/or damages arising
out of or in any way connected with the filing of the Complaint
and the posting of the defendant real property with the Complaint
and Notice of Complaint.  The parties waive the provisions of
California Civil Code § 1542.

13.   There was reasonable cause for the posting of the defendant real property, and the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

14.   Nothing in this settlement shall be construed to impair any rights claimants American River Bank and the City of Roseville Redevelopment Agency have under their respective notes and deeds of trust that are the basis for their claims in this action.

15.   All parties are to bear their own costs and attorneys' fees.

16. The Court shall maintain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

SO ORDERED THIS 6th day of April, 2010.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 8, 2004, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated:  April 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture